RECEIVED
FEB 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CLAIRE TENNIS ABRAMSON, Individually and as Grantor and Beneficiary of the "Indenture of Trust between Claire Tennis Abramson and Rhode Island Hospital Trust Company,"

Plaintiff,

v.

BANK OF AMERICA CORP. and FLEET NATIONAL BANK,

Defendants.

C.A. No. 05-021S

**STIPULATION**

Plaintiff Claire Tennis Abramson ("Plaintiff"), through her undersigned counsel, and Defendants Bank of America Corp. and Fleet National Bank ("Defendants"), through their undersigned counsel, hereby agree that the time for Defendants to answer, move or otherwise respond to Plaintiff's Complaint herein is hereby extended to and including February 28, 2005.

CLAIRE TENNIS ABRAMSON

By her Attorneys,

Karen A. Pelczarski (#3357)
Stephen M. Reid, Jr. (#2811)
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

BANK OF AMERICA CORP. and FLEET NATIONAL BANK

By their Attorneys,

John A. Houlihan (#2601)
Stephen M. Prignano (#3649)
Raymond M. Ripple (#6489)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Dated: February 16, 2005

4

PRV_709627_1/RRIPPLE