UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CLAIRE TENNIS ABRAMSON,
Individually and as Grantor and
Beneficiary of the "Indenture of Trust
between Claire Tennis Abramson and
Rhode Island Hospital Trust Company"

Plaintiff,

v. C.A. No. 05-021S

BANK OF AMERICA CORP.
and FLEET NATIONAL BANK

Defendants.

**ORDER**

I hereby recuse myself from participation in this litigation.

ORDER:

By: [signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
U.S. District Judge

Date: 3/3/05

(5)