UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

CLAIRE TENNIS ABRAMSON,
Individually and as Grantor and
Beneficiary of the "Indenture of Trust
between Claire Tennis Abramson and
Rhode Island Hospital Trust Company"

v. CA No. 05-021-T

BANK OF AMERICA CORP. and
FLEET NATIONAL BANK

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: March 15, 2005

6