UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CLAIRE TENNIS ABRAMSON,
individually and as Grantor and
Beneficiary of the "Indenture of
Trust between Claire Tennis
Abramson and Rhode Island Hospital
Trust Company

vs. C.A. NO. 05-21ML

BANK OF AMERICA CORP.
and FLEET NATIONAL BANK

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
U.S. District Judge
March 16 , 2005

Entered as an Order of this Court on March 17 , 2005.

Barbara Barletta
Deputy Clerk

7