UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAR 02 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CLAIRE TENNIS ABRAMSON, Individually and as Grantor and Beneficiary of the "Indenture of Trust between Claire Tennis Abramson and Rhode Island Hospital Trust Company,"

Plaintiff,

v.

C.A. No. 05-021L

BANK OF AMERICA CORP. and FLEET NATIONAL BANK,

Defendants.

**STIPULATION**

Plaintiff, Claire Tennis Abramson ("Plaintiff"), through her undersigned counsel, and defendants, Bank of America Corp. and Fleet National Bank ("Defendants"), through their undersigned counsel, stipulate and agree that the time for Defendants to answer, move or otherwise respond to the Complaint is hereby extended through March 18, 2005.

CLAIRE TENNIS ABRAMSON

By her Attorneys,

Karen A. Pelczarski (#3357)
Stephen M. Reid, Jr. (#2811)
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

BANK OF AMERICA CORP. and FLEET NATIONAL BANK

By their Attorneys,

John A. Houlihan (#2601)
Stephen M. Prignano (#3649)
Raymond M. Ripple (#6489)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Dated: February 25, 2005

Enter: Ronald R. Lagueux
Sr. USDJ 3/23/05

9