UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CLAIRE TENNIS ABRAMSON, Individually and as Grantor and Beneficiary of the "Indenture of Trust between Claire Tennis Abramson and Rhode Island Hospital Trust Company," | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-021L |
| BANK OF AMERICA CORP. and FLEET NATIONAL BANK, | : | |
| Defendants. | : | |

**RULE 7.1 DISCLOSURE STATEMENT SUBMITTED BY**
**BANK OF AMERICA CORPORATION AND FLEET NATIONAL BANK**

Pursuant to Fed. R. Civ. P. 7.1, Defendants, Bank of America Corporation, a Delaware corporation, and Fleet National Bank, a national bank organized under the laws of the United States, submit the following Disclosure Statement. Bank of America Corporation discloses that it has no parent corporation, and no publicly held corporations own 10% or more of its stock. Fleet National Bank discloses that it is a wholly owned subsidiary of NB Holdings Corporation, a Delaware corporation, which owns 100% of its outstanding shares of stock and is a wholly owned subsidiary of Bank of America Corporation, a publicly traded corporation, which owns 100% of its outstanding shares of stock.

10

BANK OF AMERICA CORP. and FLEET NATIONAL BANK

By their Attorneys,

John A. Houlihan (#2601)
Stephen M. Prignano (#3649)
Raymond M. Ripple (#6489)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 24th day of March, 2005, I caused a true copy of the within Rule 7.1 Disclosure Statement to be served by first class mail, postage prepaid, to the following counsel of record:

Karen A. Pelczarski, Esq.
Stephen J. Reid, Jr., Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903