UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CLAIRE TENNIS ABRAMSON, Individually and as Grantor and Beneficiary of the "Indenture of Trust between Claire Tennis Abramson and Rhode Island Hospital Trust Company"

Plaintiff

vs. C.A. No. 05- 021L

BANK OF AMERICA CORP. and FLEET NATIONAL BANK

Defendants

**STIPULATION**

It is hereby agreed and stipulated that the demand for a jury trial in the above-captioned matter may be and is hereby withdrawn.

Plaintiff,

By Her Attorneys,

K. A. P.

Karen A. Pelczarski #3357
Stephen J. Reid, Jr. #2811
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

Defendants,

By their Attorneys,

R. M. Ripple

John A. Houlihan, Esq.
Stephen M. Prignano, Esq.
Raymond M. Ripple, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 274-9200
Facsimile: (401) 276-6611

Dated: July 25, 2005

Enter! Ronald R. Lagueux
Sr. USDJ 8/3/05

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542