UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CLAIRE TENNIS ABRAMSON, Individually and as Grantor and Beneficiary of the "Indenture of Trust between Claire Tennis Abramson and Rhode Island Hospital Trust Company"

Plaintiff

vs. C.A. No. 05- 021L

BANK OF AMERICA CORP. and FLEET NATIONAL BANK

Defendants

**STIPULATION**

It is hereby stipulated and agreed to by and between counsel for the respective parties that Plaintiff Claire T. Abramson shall have up to and including September 7, 2005, to answer and/or otherwise respond to Defendants' Bank of America Corp. and Fleet National Bank, First Set of Interrogatories and First Request for Production of Documents.

Plaintiff,
By Her Attorneys,

Karen A. Pelczarski #3357
Stephen J. Reid, Jr. #2811
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

Defendants,
By their Attorneys,

John A. Houlihan, Esq. #2601
Stephen M. Prignano, Esq. #3649
Raymond M. Ripple, Esq. #6489
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 274-9200
Facsimile: (401) 276-6611

Dated: August 5, 2005

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542