UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CLAIRE TENNIS ABRAMSON, Individually and as Grantor and Beneficiary of the "Indenture of Trust between Claire Tennis Abramson and Rhode Island Hospital Trust Company," | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-021L |
| BANK OF AMERICA CORP. and FLEET NATIONAL BANK, | : | |
| Defendants. | : | |

**STIPULATION**

The undersigned parties hereby stipulate and agree that Defendants Bank of America Corp. and Fleet National Bank shall have up to and including September 7, 2005 to answer and/or otherwise respond to Plaintiff Claire Tennis Abramson's First Request for Production of Documents in the above-referenced matter.

CLAIRE TENNIS ABRAMSON

By her Attorneys,

Karen A. Pelczarski (#3357)
Stephen J. Reid, Jr. (#2811)
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

BANK OF AMERICA CORP. and
FLEET NATIONAL BANK

By their Attorneys,

John A. Houlihan (#2601)
Stephen M. Prignano (#3649)
Raymond M. Ripple (#6489)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Dated: August 11, 2005