UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CLAIRE TENNIS ABRAMSON, Individually and as Grantor and Beneficiary of the "Indenture of Trust between Claire Tennis Abramson and Rhode Island Hospital Trust Company," | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-021L |
| BANK OF AMERICA CORP. and FLEET NATIONAL BANK, | : | |
| Defendants. | : | |

**STIPULATION**

The undersigned parties hereby stipulate and agree that Plaintiff Claire Tennis Abramson ("Plaintiff") shall have up to and including September 21, 2005 to answer and/or otherwise respond to Defendants Bank of America Corp. and Fleet National Bank's ("Defendants") First Request for Production of Documents and First Set of Interrogatories and Defendants shall have up to and including September 21, 2005 to answer and/or otherwise respond to Plaintiff's First Request for Production of Documents.

CLAIRE TENNIS ABRAMSON

By her Attorneys,

Karen A. Pelczarski (#3357)
Stephen J. Reid, Jr. (#2811)
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

BANK OF AMERICA CORP. and
FLEET NATIONAL BANK

By their Attorneys,

John A. Houlihan (#2601)
Stephen M. Prignano (#3649)
Raymond M. Ripple (#6489)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Dated: September 6, 2005