UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CLAIRE TENNIS ABRAMSON, Individually and as Grantor and Beneficiary of the "Indenture of Trust between Claire Tennis Abramson and Rhode Island Hospital Trust Company"

Plaintiff

vs. C.A. No. 05- 021L

BANK OF AMERICA CORP. and FLEET NATIONAL BANK

Defendants

To: John A. Houlihan, Esquire
Stephen M. Prignano, Esquire
Raymond M. Ripple, Esquire
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, Rhode Island 02903

## NOTICE OF DEPOSITION

Please take notice that plaintiff Claire Tennis Abramson, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of Paula Murphy representative of Bank of America, under oath, before a notary public or some other duly authorized person, on **Monday, December 12, 2005 at 9:00 a.m.**, at the offices of Blish & Cavanagh, LLP, 30 Exchange Terrace, Providence, Rhode Island 02903.

You are invited to attend said deposition and take part therein.

Claire Tennis Abramson,
By her Attorneys,

Karen A. Pelczarski (mcd)
Stephen J. Reid Jr. (mcd)

Karen A. Pelczarski #3357
Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: November 17, 2005

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of November, 2005, I caused a true copy of the foregoing Notice of Deposition to be mailed to:

John A. Houlihan, Esquire
Stephen M. Prignano, Esquire
Raymond M. Ripple, Esquire
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, Rhode Island 02903

Vivian Dafoulas, Court Reporter
59 Fieldstone Drive
East Greenwich RI 02818