UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CLAIRE TENNIS ABRAMSON, Individually and as Grantor and Beneficiary of the "Indenture of Trust between Claire Tennis Abramson and Rhode Island Hospital Trust Company," Plaintiff, | : | |
| v. | : | C.A. No. 05-021L |
| BANK OF AMERICA CORP. and FLEET NATIONAL BANK, Defendants. | : | |

**JOINT MOTION TO EXTEND PRETRIAL ORDER DEADLINES**

Plaintiff Claire Abramson ("Plaintiff") and Defendants Bank of America Corporation and Fleet National Bank (collectively, "Defendants") hereby move this Court for an enlargement of time of the deadlines set forth in this Court's Pretrial Order entered on June 14, 2005 by a period of ninety (90) days. Under the terms of the current Pretrial Order, pretrial discovery is to be completed by March 24, 2006.

In support of their Motion, the Plaintiff and Defendants represent that they recently participated in a Mandatory Settlement Conference with Magistrate Judge Lovegreen on February 16, 2006. Although the parties were unable to reach a settlement at that time, the Conference was helpful in that it assisted the parties in further evaluating their respective positions in this matter and provided a framework for engaging in further settlement discussions. Accordingly, as a result of the progress made at that Conference, the parties wish to devote their immediate efforts to the settlement of this matter. Magistrate Judge Lovegreen has recommended that the parties seek an extension of the upcoming deadlines in the Pretrial Order

so that the parties may continue to pursue their discussions regarding possible resolution of the litigation. Accordingly, the parties request that the following dates be set:

1. All pretrial discovery be completed by June 22, 2006; and

2. Pretrial memoranda due by July 27, 2006.

BANK OF AMERICA CORP.
and FLEET NATIONAL BANK

By their Attorneys,

John A. Houlihan (#2601)
Stephen M. Prignano (#3649)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

CLAIRE TENNIS ABRAMSON

By her Attorneys,

Karen A. Pelczarski (#3357)
Stephen J. Reid, Jr. (#2811)
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)