UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CLAIRE TENNIS ABRAMSON, Individually and as Grantor and Beneficiary of the "Indenture of Trust between Claire Tennis Abramson and Rhode Island Hospital Trust Company," | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-021L |
| BANK OF AMERICA CORP. and FLEET NATIONAL BANK, | : | |
| Defendants. | : | |

**ASSENTED TO MOTION TO RESCHEDULE MANDATORY SETTLEMENT CONFERENCE**

Defendant Bank of America Corporation ("Defendant") hereby requests that the Mandatory Settlement Conference currently scheduled for April 24, 2006 at 2:00 p.m. with Magistrate Judge Lovegreen be rescheduled. In support of its motion, Defendant respectfully submits that its corporate representative with settlement authority in this case, and therefore the individual it believes best able to contribute to meaningful settlement discussions, is unable to attend the Conference on the date and time it is currently scheduled.

Defendant further submits that Plaintiff's counsel has assented to the rescheduling of the settlement conference, and all parties agree that May 15, 2006, is a suitable date for the rescheduling of the Mandatory Settlement Conference.

BANK OF AMERICA CORP. and FLEET NATIONAL BANK

By their Attorneys,

John A. Houlihan (#2601)
Stephen M. Prignano (#3649)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 18th day of April, 2006, I caused a true copy of the within Assented to Motion to Reschedule Settlement Conference to be served by first class mail, postage prepaid, to the following counsel of record:

Karen A. Pelczarski, Esq.
Stephen J. Reid, Jr., Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903



PRV_801041_1/RRIPPLE