UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CLAIRE TENNIS ABRAMSON, Individually and as Grantor and Beneficiary of the "Indenture of Trust between Claire Tennis Abramson and Rhode Island Hospital Trust Company," | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-021L |
| BANK OF AMERICA CORP. and FLEET NATIONAL BANK, | : | |
| Defendants. | : | |

**ASSENTED TO MOTION TO RESCHEDULE MANDATORY SETTLEMENT CONFERENCE**

Defendant Bank of America Corporation ("Defendant") hereby requests that the Mandatory Settlement Conference currently scheduled for April 24, 2006 at 2:00 p.m. with Magistrate Judge Lovegreen be rescheduled. In support of its motion, Defendant respectfully submits that its corporate representative with settlement authority in this case, and therefore the individual it believes best able to contribute to meaningful settlement discussions, is unable to attend the Conference on the date and time it is currently scheduled.

Defendant further submits that Plaintiff's counsel has assented to the rescheduling of the settlement conference, and all parties agree that May 15, 2006, is a suitable date for the rescheduling of the Mandatory Settlement Conference.

Granted
[illegible] — USMJ
6/8/06