UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
OCT 10 2006
Property of U.S. District Court
District of Rhode Island

CLAIRE TENNIS ABRAMSON, Individually and as Grantor and Beneficiary of the "Indenture of Trust between Claire Tennis Abramson and Rhode Island Hospital Trust Company,"

Plaintiff,

v.

BANK OF AMERICA CORP. and FLEET NATIONAL BANK,

Defendants.

C.A. No. 05-021-L

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff and defendants, acting by and through their respective counsel, stipulate and agree that the above captioned action may be dismissed with prejudice and without right of appeal, each party to bear its own cost.

CLAIRE TENNIS ABRAMSON
By her attorneys,

Stephen J. Reid, Jr.

Karen A. Peczarski (#3357)
Stephen J. Reid, Jr. (#2811)
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900

Dated: September 29, 2006

BANK OF AMERICA CORP. and
FLEET NATIONAL BANK
By their Attorneys,

John A. Houlihan

John A. Houlihan (#2601)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Dated: September 19, 2006

Enter: Ronald R. Lagueux
Sr. USDJ 10/12/06